PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
SHEA KENNY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Mar 21, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HOSSAM HEMDAN, <br> JAVIER SALGUERO, <br> YEHIA HARB, <br> OSCAR GOMEZ, <br> GUILLERMO TOVAR, <br> ARWA HARB, <br> NAS MESHAL, <br> KHALED HAMDAN, <br> MINH TRUONG, <br> THONG TRUONG, <br> JEREMY EARLS, and <br> MICHAEL NGUYEN, <br><br> Defendants. | CASE NO. 2:24-cr-0071 DJC <br><br> ORDER TO SEAL |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney Katherine T. Lydon to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further or

Dated: March 21, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

ORDER TO SEAL                                                      1