MICHELE BECKWITH
Acting United States Attorney
KATHERINE T. LYDON
SHEA J. KENNY
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00071 DJC |
|---|---|
| Plaintiff, | STIPULATION AND JOINT REQUEST FOR JOINING OF MARVIN VALLEJO TO EXISTING PROTECTIVE ORDER; ORDER |
| v. | |
| HOSSAM HEMDAN, et al, | |
| Defendants. | |

## I.  STIPULATION

1.     Plaintiff United States of America, by and through its counsel of record, and Defendant Hossam Hemdan (the "Defendant"), by and through his counsel of record, for the reasons set forth below, hereby stipulate, agree, and jointly request that the Court enter an Order adding Marvin E. Vallejo to the existing Protective Order in this case. The Protective Order is filed on the docket at ECF 74, and is attached hereto as Exhibit A.

2.     On March 21, 2024, the Grand Jury returned an indictment charging the defendants with one count of conspiracy to violate the Clean Air Act, in violation of 18 U.S.C. § 371, and charging Hemdan, Salguero, Gomez, Tovar, A. Harb, M. Truong, T. Truong, and Nguyen each with one count of false statements in Clean Air Act documents, in violation of 42 U.S.C. § 7413(c)(2)(A).

3.     In order to prevent the unauthorized dissemination, distribution, or use of materials

containing PII, and confidential or otherwise sensitive information and records, the parties negotiated a stipulated Protective Order which restricts the use and dissemination of certain materials containing personal identifying information of real persons and other confidential or otherwise sensitive information.

4. On July 25, 2024, the Court signed and entered the parties' stipulated Protective Order. ECF 74.

5. Section G of the Protective Order ("Termination or Substitution of Counsel") governs situations where there is a substitution of counsel in the case. *See* Protective Order, ¶ 29. Specifically, the Protective Order provides as follows:

> In the event there is a substitution of counsel prior to final disposition of the case, new counsel of record must join this Protective Order before any Protected Materials may be transferred from the undersigned defense counsel to the new defense counsel. New defense counsel then will become Defense Counsel for purposes of this Protective Order, and become the Defense Team's custodian of materials, and shall then become responsible, upon the conclusion of appellate and post-conviction proceedings, for complying with the provisions set forth in this Protective Order. All members of the Defense Team, whether current or past counsel, are at all times subject to the Protective Order and are not relieved by termination of representation or conclusion of the prosecution.

*See* Protective Order, ¶ 29

6. On April 29, 2025, Defendant Hossam Hemdan filed a proposed order seeking to substitute Marvin E. Vallejo as counsel of record for Defendant Hossam Hemdan, in place of Ronald D. Hedding. ECF 122. Mr. Vallejo filed a Notice of Appearance that same day. ECF 121.

7. On May 6, 2025, the Court issued an order substituting Mr. Vallejo as counsel of record for Hemdan, in place of Ronald D. Hedding. ECF 123.

8. Mr. Vallejo has reviewed the Protective Order and agrees to be bound by its terms.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

9. Accordingly, the United States, by and through its undersigned counsel, and Defendant Hossam Hemdan, by and through his counsel, jointly request an order that Mr. Vallejo be joined to the Protective Order.

IT IS SO STIPULATED

Dated: May 15, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ KATHERINE T. LYDON
KATHERINE T. LYDON
SHEA J. KENNY
Assistant United States Attorneys

Dated: May 15, 2025

/s/ MARVIN E. VALLEJO
MARVIN E. VALLEJO
Counsel for Defendant
HOSSAM HEMDAN

### ORDER

The Court having read and considered the Stipulation, which this Court incorporates by reference into this Order in full, hereby finds that good cause exists to join Marvin E. Vallejo, counsel for defendant Hossam Hemdan, to the parties' Protective Order.

IT IS SO FOUND AND ORDERED

Dated: May 16, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE