IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>HOSSAM HEMDAN, et al,<br><br>　　　　　　　　Defendants. | CASE NO. 2:24-cr-00071 DJC<br><br>NOTICE OF WITHDRAWAL OF DEFENDANT HOSSAM HEMDAN'S NOTICE/MOTION FOR RECONSIDERATION OF DENIAL OF BAIL REVIEW FILED APRIL 20, 2025 (DOCKET ITEMS AT ECF 119 AND 119-1) and ORDER |

**ORDER**

The Court having read and considered the Stipulation, which this Court incorporates by reference into this Order in full, hereby deems the Defendant Hossam Hemdan's notice/motion for reconsideration of denial of bail review filed on April 20, 2025 and set for hearing on June 26, 2025 withdrawn.

IT IS SO FOUND AND ORDERED this 24th day of June, 2025.

Dated: June 24, 2025　　　　　　　　　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE