

United States District Court
Eastern District of California

| United States of America | | Case Number: | 2:24-cr-0071-DJC |

Plaintiff(s)

V.

| Hossam Hemdan, et al. |

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Bethany Labrinos _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Hossam Hemdan (only with respect to Mr. Hemdan's motion to dismiss the indictment)

On _____ 04/19/2022 _____ (date), I was admitted to practice and presently in good standing in the

_____ Supreme Court of New York, Third Dep't _____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: _____ 06/04/2026 _____        Signature of Applicant: /s/ Bethany Labrinos _____

**Pro Hac Vice Attorney**

Applicant's Name: Bethany Labrinos

Law Firm Name: Bourelly George & Brodey

Address: 1050 30th Street, NW

City: Washington    State: DC    Zip: 20007

Phone Number w/Area Code: (845) 633-4240

City and State of Residence: Poughkeepsie, New York

Primary E-mail Address: bethany.labrinos@bgblawyers.com

Secondary E-mail Address: blabrinos@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Marvin E. Vallejo

Law Firm Name: Law Office of Marvin E. Vallejo

Address: 3250 Wilshire Blvd.

Suite 1110

City: Los Angeles    State: CA    Zip: 90010

Phone Number w/Area Code: (323) 947-8490    Bar # 269561

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 11, 2026

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE