Alex Bourelly (admitted *pro hac vice*)
Andrew George (admitted *pro hac vice*)
Bethany Labrinos (admitted *pro hac vice*)
**Bourelly, George + Brodey PLLC**
1050 30th Street NW
Washington, D.C. 20007
(202) 255-2357
(202) 341-8805
(845) 633-4240
alex.bourelly@bgblawyers.com
andrew.george@bgblawyers.com
bethany.labrinos@bgblawyers.com

Marvin E. Vallejo (SBN 269561)
**Law Office of Marvin E. Vallejo**
3250 Wilshire Blvd.
Suite 1110
Los Angeles, CA 90010
(323) 947-8490
marvine.vallejo@gmail.com

*Attorneys for Defendant*
*Hossam Hemdan*

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HOSSAM HEMDAN, et al.,<br>Defendants. | CASE NO. 2:24-CR-00071<br>**STIPULATION REGARDING DEADLINE FOR SUPPLEMENTAL BRIEFING REGARDING MOTION TO DISMISS (DKT. 166); FINDINGS AND ORDER** |

**STIPULATION**

1. By order on September 3, 2026, this Court ordered that arguing attorneys for both the government and Defendant Hossam Hemdan may file supplemental briefing in connection with Mr. Hemdan’s motion to dismiss at Dkt. 166 within one week.

2. The parties agree that having the transcript from the September 3 hearing will assist both sides in ensuring that their briefs address all questions and concerns raised by the Court during argument.

3. The parties understand that the transcript from the September 3 proceeding may not be available by the current supplemental briefing deadline of September 10. A one week extension would enable the parties to receive the transcript and use it to prepare the supplemental briefs.

4. Accordingly, the parties agree and stipulate, and jointly request, that the Court grant a 1-week continuance of the current deadline, pushing it from September 10 to September 17.

IT IS SO STIPULATED.

Dated: September 8, 2026

Respectfully Submitted,

/s/ Alex Bourelly
Andrew George (admitted *pro hac vice*)
Bethany Labrinos (admitted *pro hac vice*)
**Bourelly, George + Brodey PLLC**
1050 30th Street NW
Washington, D.C. 20007
(202) 255-2357
(202) 341-8805
(845) 633-4240
alex.bourelly@bgblawyers.com
andrew.george@bgblawyers.com
bethany.labrinos@bgblawyers.com

Marvin E. Vallejo (SBN 269561)
**Law Office of Marvin E. Vallejo**
3250 Wilshire Blvd.
Suite 1110
Los Angeles, CA 90010
(323) 947-8490
marvine.vallejo@gmail.com

*Attorneys for Defendant Hossam Hemdan*

Dated: September 8, 2026

ERIC GRANT
United States Attorney

/s/ Katherine T. Lydon
KATHERINE T. LYDON
ELLIOT WONG
Assistant United States Attorneys

**ORDER**

The Court ADOPTS IN FULL the parties' stipulation and ORDERS as follows:

The deadline for supplemental briefing in connection with Defendant Hossam Hemdan's motion to dismiss at Docket 166 is continued from September 10, 2026 to September 17, 2026.

IT IS SO FOUND AND ORDERED this 9th day of September, 2026.

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE